■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAHEIM ASHBY, Appellant. [974 NYS2d 284]—

Appeal by the defendant from an order of the Supreme Court, Kings County (Garnett, J.), dated December 2, 2010, which, after a hearing, designated him a level two sexually violent offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The Supreme Court properly designated the defendant a level two sexually violent offender. Contrary to the defendant's contention, the Supreme Court properly assessed 15 points under risk factor 11 (Drug or Alcohol Abuse—History of Abuse) (*see* Sex Offender Registration Act: Risk Assessment Guidelines and Commentary at 15 [2006]), as the People established by clear and convincing evidence that the defendant had a history of drug abuse (*see People v Geehreng*, 101 AD3d 975 [2012]; *People v Finizio*, 100 AD3d 977, 978 [2012]; *People v Quinn*, 99 AD3d 776, 777 [2012]; *People v Crandall*, 90 AD3d 628, 629-630 [2011]; *People v Warren*, 42 AD3d 593, 594 [2007]).

Furthermore, the Supreme Court properly denied the defendant's application for a downward departure (*see People v Washington*, 105 AD3d 724, 725 [2013]; *People v Martinez*, 104 AD3d 924 [2013]). Angiolillo, J.P., Hall, Austin and Miller, JJ., concur.